AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| PAUL SCHNITZER | ) | 24-MJ-5171-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 2023 - May 2024** in the county of **Norfolk** in the
_____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Gregory M. Gerber.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Gregory M. Gerber
*Printed name and title*

Telephonically
Sworn to before me and signed in ~~my presence.~~

Date: **May 20, 2024**

*Judge's signature*

City and state: Boston, Massachusetts       Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*